```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 19404
  ZARAK A THOMPSON
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
             Debtor
    SSN XXX-XX-1899


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/28/08 .

     2.  The case was dismissed without confirmation, 01/30/2009.

     3.  The Debtor paid a total of $    1295.74 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
---------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00             .00             .00
CITI AUTO                  SECURED VEHIC         .00             .00             .00
SBC                        UNSECURED       NOT FILED             .00             .00
COMED                      UNSECURED       NOT FILED             .00             .00
EDWARD HOSPITAL            UNSECURED       NOT FILED             .00             .00
NICOR GAS                  UNSECURED       NOT FILED             .00             .00
SPIEGEL                    UNSECURED       NOT FILED             .00             .00
THE BUREAUS                UNSECURED       NOT FILED             .00             .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED             .00             .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED             .00             .00
            Summary of disbursements:
---------------------------------------------------------------------------
                       SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00         .00          .00          .00
PRINCIPAL PAID            .00         .00         .00          .00          .00
INTEREST PAID             .00         .00         .00          .00          .00
TOTAL PAID                .00         .00         .00          .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $    3500.00
and was paid $    158.50  direct and $    1227.07  through the plan.

The Trustee received $     68.67 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/12/09                    /s/
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE

                         PAGE   2
        CASE NO. 08 B 19404 ZARAK A THOMPSON